```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MARCUS EVANS                            :

                        Plaintiff,      :        08 Civ. 1727 (WHP)

        -against-                       :        ORDER

THE CITY OF NEW YORK,                   :
POLICE OFFICER TOMMY STERN,
                                        :
                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

                It having been reported to this Court that this action has been or will be settled, it

is ordered that this action is discontinued without costs to any party, and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty (30) days of the date of this Order.  The Clerk of Court shall terminate all motions pending

as of May 5, 2008 and close the case.

Dated: May 5, 2008
       New York, New York

                                SO ORDERED:


                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Copies Mailed to:*

Robin Christine Smith, Esq.
44 Court St. Suite 917
Brooklyn, NY 11201
*Counsel for Plaintiff*

Sumit Sud, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*